# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>            Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>            Plaintiff,<br><br>       v.<br><br>ANDREW R. VARA, in his capacity as the United States Trustee for Region 3; RAMONA D. ELLIOTT, in her capacity as Acting Director of the United States Trustee Program; and THE UNITED STATES TRUSTEE PROGRAM,<br><br>            Defendants. | Adversary No. 22-50516 (JKS) |

### ORDER GRANTING EX PARTE APPLICATION TO AUTOMATICALLY SUBSTITUTE PUBLIC OFFICER AS PARTY (FRCP 25; FRBP 7025)

Upon the Application of Defendants for an Order pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7025, and good cause appearing therefor and it appearing that no notice of the Application is required, it is hereby ordered as

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

2

follows:

1.      Tara Twomey, Director of the Executive Office for United States Trustees, is hereby substituted as defendant in place and instead of Ramona Elliott pursuant to Federal Rule of Civil Procedure 25 and Federal Rule of Bankruptcy Procedure 7025.

2.      The caption and docket of this case shall hereafter appear as:


[Remainder of Page Left Blank Intentionally]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ANDREW R. VARA, in his capacity as the United States Trustee for Region 3; TARA TWOMEY, in her official capacity as Director of the Executive Office for United States Trustees; and THE UNITED STATES TRUSTEE PROGRAM,<br><br>　　　　　Defendants. | Adversary No. 22-50516 (JKS) |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, CA 91203.

Dated: March 22nd, 2023
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　J. KATE STICKLES
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE