# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, | |
| vs. | Adv. Proc. No.: 22-50516 (JKS) |
| ANDREW R. VARA, in his capacity as the United States Trustee for Region 3; TARA TWOMEY, in her capacity as Director of the Executive Office for United States Trustees; and THE UNITED STATES TRUSTEE PROGRAM, | |
| Defendants. | **Ref Docket No. 10** |

## CERTIFICATE OF SERVICE

I, ALISON MOODIE, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Class Action and Claims Solutions, Inc., with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 30, 2023, I caused to be served the "Order Approving Stipulation for Summary Judgment Briefing Schedule" dated May 29, 2023 [Docket No. 10], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

                                                                                                 */s/ Alison Moodie*
                                                                                                  Alison Moodie

---

[1] On February 25, 2019, the Court entered an order closing the Bankruptcy Cases of all Debtors except Woodbridge Group of Companies, LLC and Woodbridge Mortgage Investment Fund 1, LLC (together, the "Remaining Debtors"). The Remaining Debtors' Bankruptcy Cases are being jointly administered under Case No. 17-12560 (KJC). The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

**EXHIBIT A**

WOODBRIDGE GROUP OF COMPANIES, LLC, et al. Adversary No. 22-50516 (JKS)

Electronic Service List

| Email |
|---|
| bsandler@pszjlaw.com |
| jspomerantz@pszjlaw.com |
| crobinson@pszjlaw.com |
| mtuchin@ktbslaw.com |
| dfidler@ktbslaw.com |
| rpfister@ktbslaw.com |
| asimonds@ktbslaw.com |
| sgurvitz@ktbslaw.com |
| timothy.fox@usdoj.gov |