# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>        Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW R. VARA, in his capacity as the United States Trustee for Region 3; TARA TWOMEY, in her official capacity as Director of the Executive Office for United States Trustees; and THE UNITED STATES TRUSTEE PROGRAM,<br><br>        Defendants. | Adversary No. 22-50516 (JKS) |

**ORDER GRANTING AGREED ORDER FOR LEAVE FOR DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO EXCEED PAGE LIMIT**

---

[1] On February 25, 2019, the Court entered an order closing the Bankruptcy Cases of all Debtors except Woodbridge Group of Companies, LLC and Woodbridge Mortgage Investment Fund 1, LLC (together, the "Remaining Debtors"). The Remaining Debtors' Bankruptcy Cases are being jointly administered under Case No. 17-12560 (KJC). The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.

2

Upon the Certification of Counsel Regarding Agreed Order for the Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment to Exceed Page Limit, and good cause appearing therefor and it appearing that no further notice of the Certification is required, it is hereby ordered as follows:

1. The Defendants' response and cross-motion for summary judgment may exceed the thirty (30) page limit under Local Rule 7007-2(a)(iv) by no more than ten (10) pages.